[939 NE2d 805, 913 NYS2d 639]

FRANCESCO STRANGIO, Appellant, v SEVENSON ENVIRONMENTAL SERVICES, INC., et al., Defendants and Third-Party Plaintiffs-Respondents. THOMAS JOHNSON, INC., Third-Party Defendant-Respondent.

Decided November 30, 2010

### APPEARANCES OF COUNSEL

*Lipsitz Green Scime Cambria LLP*, Buffalo (*John A. Collins* of counsel), for appellant.

*Phillips Lytle LLP*, Buffalo (*William D. Christ* and *Donna M. Lanham* of counsel), for Sevenson Environmental Services, Inc. and another, respondents.

*Sliwa & Lane*, Buffalo (*Michael T. Coutu* of counsel), for Thomas Johnson, Inc., respondent.

### OPINION OF THE COURT

MEMORANDUM.

The order of the Appellate Division should be modified, without costs, by denying the motions of defendants and the third-party defendant for summary judgment insofar as they seek dismissal of plaintiff's Labor Law § 240 (1) claim and, as so modified, affirmed.

Triable issues of fact exist as to whether the defendants provided proper protection under Labor Law § 240 (1). Plaintiff's remaining contentions lack merit.

Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES concur in memorandum.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order modified, etc.